# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRANK VINCENT INCOPERO ESTATE,

                Plaintiff(s),

v.

BARRET DAFFIN FRAPPIER TREDER
& WEISS, et al.,

                Defendant(s).

Case No. 2:17-cv-02636-RFB-NJK

ORDER

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 15, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: December 8, 2017

                                  _____

                                  NANCY J. KOPPE
                                  United States Magistrate Judge